United States Magistrate Judge J. Richard Creatura

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BRANDON K. DOTSON, | ) |
| | ) CIVIL NO. C09-5643-BHS-JRC |
| Plaintiff, | ) |
| | ) ORDER FOR EXTENSION OF |
| vs. | ) TIME TO FILE OPENING BRIEF |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

Based on Plaintiff's Stipulation and the agreement of the parties, it is hereby

ORDERED that Plaintiff's Opening Brief shall be filed on or before March 18, 2010, Defendant's Answering Brief shall be filed on or before April 15, 2010, and Plaintiff's Reply Brief shall be filed on or before April 29, 2010. Oral argument, if desired, shall be requested by May 6, 2010.

DATED this 25th day of February, 2010.

J. Richard Creatura
United States Magistrate Judge

ORDER FOR EXTENSION OF TIME
TO FILE PLAINTIFF'S OPENING BRIEF- [C09-5643-BHS-JRC] - 1