# United States District Court

WESTERN DISTRICT OF WASHINGTON

BRANDON K. DOTSON,

      v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

JUDGMENT IN A CIVIL CASE

Case No. C09-5643BHS

____ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__X__ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    THE COURT HAS ORDERED THAT

(1)    The Court adopts the Report and Recommendation; and

(2)    The Court **REMANDS** this action to the Social Security Administration for further consideration in accordance with the Report and Recommendation.

    September 9, 2010                                  WILLIAM M. McCOOL
             Date                                                   Clerk

                                                                       *s/Mary Trent*
                                                                       Deputy Clerk